# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 17-1515 FFM | Date | April 17, 2018 |
|---|---|---|---|
| Title | *Augustine Angel Martinez Alvarez v. Nancy Berryhill* | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE REGARDING FAILURE TO FILE JOINT STIPULATION

On February 28, 2018, the Court issued an order extending the deadline to file the joint stipulation of the parties (the "JS") to April 12, 2018. (Docket No. 19.) As of the date of this order, no joint stipulation has been filed. (*See generally* Docket.) The Court therefore ORDERS the parties to show cause why sanctions should not issue for the parties' failure to file the JS. The parties may respond to the OSC jointly or separately. The response(s) must be filed on or before **April 20, 2018.** The Court will accept the JS in lieu of a response or responses to the OSC.

IT IS SO ORDERED.

: 
Initials of Preparer  JM