# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUSTINE ANGEL MARTINEZ ALVAREZ,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 5:17-CV-01515 (VEB)<br><br>ORDER |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act (EAJA) fees, IT IS ORDERED that Plaintiff shall be awarded attorneys' fees under the EAJA in the amount of four thousand four hundred dollars ($4,400.00), as authorized by 28 U.S.C. §2412(d), subject to the terms of the Stipulation.[1]

DATED this 16th day of September, 2019.

/s/Victor E. Bianchini
VICTOR E. BIANCHINI
UNITED STATES MAGISTRATE JUDGE

---

[1] On June 17, 2019, Andrew M. Saul took office as Social Security Commissioner. The Clerk of the Court is directed to substitute Commissioner Saul as the named defendant in this matter pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.

ORDER – MARTINEZ ALVAREZ v SAUL 5:17-CV-01515-VEB